UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand twenty-three,

_____

| | |
|---|---|
| Structured Asset Sales, LLC, | **ORDER** |
| Plaintiff - Appellant, | Docket No: 23-905 |
| v. | |
| Edward Christopher Sheeran, personally known as Ed Sheeran, Sony/ATV Music Publishing, LLC, Atlantic Recording Corporation, DBA Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling, | |
| Defendants - Appellees, | |
| Ed Sheeran Limited, Gingerbread Man Records, Amy Wadge Records, Sticky Studios, Sony/ATV Music Publishing, LTD. UK, Atlantic Records UK, BDi Music, Bucks Music Group, Warner Music Group Corporation, DBA Asylum Records, Warner Music Group, LTD UK, Does 1-10, | |
| Defendants. | |

_____

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 29, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before September 29, 2023. The appeal is dismissed effective September 29, 2023 if the brief is not filed by that date.

A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court