# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-three,

_____

Structured Asset Sales, LLC,

    Plaintiff - Appellant,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Sony/ATV Music Publishing, LLC, Atlantic Recording Corporation, DBA Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling,

    Defendants - Appellees,

Ed Sheeran Limited, Gingerbread Man Records, Amy Wadge Records, Sticky Studios, Sony/ATV Music Publishing, LTD. UK, Atlantic Records UK, BDi Music, Bucks Music Group, Warner Music Group Corporation, DBA Asylum Records, Warner Music Group, LTD UK, Does 1-10,

    Defendants.

_____

**ORDER**
Docket No: 23-905

Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 29, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before December 29, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

