# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-four,

_____

Structured Asset Sales, LLC,

        Plaintiff - Appellant,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Sony/ATV Music Publishing, LLC, Atlantic Recording Corporation, DBA Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling,

        Defendants - Appellees,


Ed Sheeran Limited, Gingerbread Man Records, Amy Wadge Records, Sticky Studios, Sony/ATV Music Publishing, LTD. UK, Atlantic Records UK, BDi Music, Bucks Music Group, Warner Music Group Corporation, DBA Asylum Records, Warner Music Group, LTD UK, Does 1-10,

        Defendants.

_____

**ORDER**
Docket No. 23-905

Randy Craig Wolfe Trust and Sound and Color, LLC move for leave to file an amicus curiae brief in support of the Appellant.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

