## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-four,

Structured Asset Sales, LLC,

    Plaintiff - Appellant,

v.

Edward Christopher Sheeran, personally known as Ed Sheeran, Sony/ATV Music Publishing, LLC, Atlantic Recording Corporation, DBA Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling,

    Defendants - Appellees,

Ed Sheeran Limited, Gingerbread Man Records, Amy Wadge Records, Sticky Studios, Sony/ATV Music Publishing, LTD. UK, Atlantic Records UK, BDi Music, Bucks Music Group, Warner Music Group Corporation, DBA Asylum Records, Warner Music Group, LTD UK, Does 1-10,

    Defendants.

**ORDER**
Docket No. 23-905

Randy Craig Wolfe Trust and Sound and Color, LLC move for leave to participate in oral argument set for Tuesday, April 16, 2024.

IT IS HEREBY ORDERED that the motion is DENIED.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

