# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-four.

Before:      Guido Calabresi,
                  Barrington D. Parker,
                  Michael H. Park,
                      *Circuit Judges*.

_____

| | |
|---|---|
| Structured Asset Sales, LLC, | **JUDGMENT** |
|     Plaintiff - Appellant, | Docket No. 23-905 |
| v. | |
| Edward Christopher Sheeran, personally known as Ed Sheeran, Sony/ATV Music Publishing, LLC, Atlantic Recording Corporation, DBA Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling, | |
|     Defendants - Appellees. | |

_____

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgement of the district court is AFFIRMED.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

