**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: November 01, 2024<br>Docket #: 23-905cv<br>Short Title: Structured Asset Sales, LLC v. Sheeran | DC Docket #: 18-cv-5839<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Stanton |

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for  Edward Christopher Sheeran, p/k/a/ Ed Sheeran; Sony/ATV Music Publishing, LLC; Atlantic Recording Corporation, d/b/a Atlantic Records; BDi Music Ltd.; Bucks Music Group Ltd.; The Royalty Network, Inc.; David Platz (USA) Inc.; Amy Wadge; Jake Gosling (the "Defendants - Appellees")

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Plaintiff - Appellant Structured Asset Sales, LLC

and in favor of  the Defendants - Appellees

for insertion in the mandate.

Docketing Fee  _____

Costs of printing appendix (necessary copies _____ )  _____

Costs of printing brief (necessary copies _____6_____ )   $1,068.79

Costs of printing reply brief (necessary copies _____ )  _____

**(VERIFICATION HERE)**
I, Donald S. Zakarin, declare under penalty of perjury that the contents of this Bill of Costs and the Invoice from Counsel Press (annexed hereto as Exhibit A and which has been fully paid) are true and correct. I further verify that, pursuant to the Court's Bill of Costs Instructions, the amount requested herein excludes charges for postage and delivery and is appropriately discounted to reflect only charges incurred with respect to the six necessary copies of Defendants - Appellees' brief.

*[signature]*
Signature

Sworn to before me this 13th day of November 2024

LAURIE DECANIO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6141910
Qualified in Nassau County
My Commission Expires 03-27-2026

*[signature: Laurie DeCanio]*

# EXHIBIT A

# BILL OF COSTS

**Counsel Press Inc.**  
PO Box 65019  
Baltimore, MD  21264-5019  
(800) 427-7325

**Invoice No.:** 9156579  
**Date:** 12/29/2023  
**Fed. Tax ID:** 47-3380949

**Pryor Cashman LLP**  
7 Times Square  
40th Floor  
New York, NY 10036

**Job # :** 324546  
**Court:** USCOA - 2nd Circuit  
**Case Name:** Structured Asset Sales, LLC v. Sheeran

**Attention:**  Donald S. Zakarin, Esq.

**APPELLEE'S BRIEF**

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| 1 | Cover(s) - 1st Side | @ | $ 140.00 | $ 140.00 |
| 783 | Page(s) (9 copies x 87 pages) | @ | $ 1.15 | $ 903.25 |
| 9 | Volumes Bound | @ | $ 5.75 | $ 51.75 |
| 1 | Electronic File Production and Review | | $ 75.00 | $ 75.00 |
| 1 | File Upload | @ | $ 50.00 | $ 50.00 |
| 1 | Filing of Documents | @ | $ 80.00 | $ 80.00 |
| 1 | Shipping & Handling | @ | $ 85.00 | $ 85.00 |

|  |  |  |
|---|---|---|
| SUB-TOTAL | | $ 1,385.00 |
| APPLICABLE SALES TAX | 8.875% | $ 122.92 |
| INVOICE TOTAL | | $ 1,507.92 |
| PAYMENT | | $ (1,507.92) |
| BALANCE DUE | | $ (0.00) |